DAVID S. BLOCH (No. 184530)
JENNIFER L. ISHIMOTO (No. 211845)
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:    650.813.5000
Facsimile:     650.813.5100

*E-FILED 5/9/05*

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

ANETA B. DUBOW (No. 196624)
WOOD SMITH HENNING & BERMAN LLP
355 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1516
Telephone:    213.633.1414

Attorney for Defendant
CLIFF WEIL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLIFF WEIL, INC., a Virginia corporation,<br><br>Defendant. | CASE NO.  C-05-00435 (RS)<br><br>**STIPULATED DISMISSAL WITH PREJUDICE**<br>AND ORDER THEREON |

Plaintiff Dioptics Medical Products, Inc. ("Dioptics") and defendant Cliff Weil, Inc. ("Cliff Weil"), pursuant to Fed.R.Civ.P. 41(a)(1), have agreed to the entry of this Stipulated Dismissal with Prejudice.

This action is hereby DISMISSED WITH PREJUDICE.

| | | |
|---|---|---|
| 1 | Dated: May 6, 2005 | Respectfully submitted, |
| 2 | | McDermott Will & Emery LLP |
| 4 | | By: _____ |
| 5 | | David S. Bloch<br>Jennifer L. Ishimoto |
| 6 | | Attorneys for Plaintiff<br>DIOPTICS MEDICAL PRODUCTS, INC. |
| 8 | Dated: May 6, 2005 | Respectfully submitted, |
| 9 | | WOOD SMITH HENNING & BERMAN LLP |
| 12 | | By:  /s/ _____<br>Aneta B. Dubow |
| 13 | | Attorney for Defendant<br>CLIFF WEIL, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 9, 2005            /s/ Richard Seeborg
_____

Hon. Richard Seeborg
United States Magistrate Judge
Northern District of California

CERTIFICATION BY JENNIFER L. ISHIMOTO PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES

1. I am an attorney licensed to practice law in the state of California, and am an associate in the law firm of McDermott, Will & Emery, counsel for plaintiff Dioptics Medical Products, Inc. in this matter. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct on this 6th day of May, 2005.

_____
Jennifer L. Ishimoto

MPK 90291-1.070302.0022